IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN SLOBE and NANCY JAMES,<br><br>    Defendants. | 2:06-cv-1688-GEB-EFB<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE AND RULE 4(m)</u><br><u>NOTICE</u> |

   By Order dated August 1, 2006, a status conference was scheduled in this case for October 23, 2006. On October 6, 2006, Plaintiff filed a status report in which he requests the status conference be continued since Plaintiff has not yet perfected service of process on Defendants. (Plaintiff's Status Report at 2.) Accordingly, the status conference is reset to commence at 9:00 a.m. on January 16, 2007. In accordance with the requirements set forth in the August 1 Order, the parties shall file a joint status report no later than January 2, 2007.

   If a defendant is not served by November 28, 2006, said defendant could be dismissed from this action under Federal Rule of Civil Procedure 4(m). As to such a defendant, Plaintiff shall show cause no later than 4:00 p.m. on December 5, 2006, why this action

1  should not be dismissed for failure to serve Defendant within
2  Rule 4(m)'s 120-day time period.
3        IT IS SO ORDERED.
4  Dated:  October 13, 2006
5
6                  /s/ Garland E. Burrell, Jr.
                GARLAND E. BURRELL, JR.
                United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28